No. 09-8593. Fatima Parker, Petitioner v. Albemarle County Public Schools, et al.

559 U.S. 1013, 130 S. Ct. 1941, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2726.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 111.

No. 09-8597. Yolanda Carlile, Petitioner v. Kansas.

559 U.S. 1013, 130 S. Ct. 1895, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2699.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 217 P.3d 985.

No. 09-8599. Lee Dell Nation, Jr., Petitioner v. United States.

559 U.S. 1013, 130 S. Ct. 1895, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2586.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8600. Ronald Sutton, Petitioner v. Warden, West Carrol Detention Center.

559 U.S. 1013, 130 S. Ct. 1895, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2663.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8605. Audrone Batavitchene, Petitioner v. Eric H. Holder, Jr., Attorney General.

559 U.S. 1013, 130 S. Ct. 1895, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2620.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-8607. Douglas R. Brown, Petitioner v. Florida.

559 U.S. 1013, 130 S. Ct. 1895, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2720.

March 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 10 So. 3d 1197.

No. 09-8623. Jose C. Lopez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 1013, 130 S. Ct. 1897, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2655.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8625. Gary T. Pierce, Petitioner v. Illinois Department of Human Services.

559 U.S. 1013, 130 S. Ct. 1897, 176 L. Ed. 2d 376, 2010 U.S. LEXIS 2708.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 355 Fed. Appx. 28.